1  Marco A. Torres, 214805
2  550 West C Street., Suite No. 1600
   San Diego, CA 92101
3  Telephone: (619) 849-8849
   Facsimile: (619) 955-8860
4  Attorney Debtors
   Ruben Luis Villa, Sr. and Angela Sardina-Villa

UNITED STATES BANKRUPTCY COURT
Southern District Of California

| | |
|---|---|
| In Re | BANKRUPTCY NO.: 12-15644-MM13 |
| Ruben Luis Villa, Sr. and | Chapter 13 |
| Angela Sardina-Villa | STIPULATION RE: AVOIDANCE OF LIEN |
| Debtors. | |

This Stipulation is entered into by and between RUBEN LUIS VILLA, SR. and ANGELA SARDINA-VILLA (hereinafter referred to as "Debtors"), by and through their attorney of record, Marco A. Torres; and BANK OF AMERICA, N.A. as a servicing agent on behalf of U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 (hereinafter referred to as "Creditor"), by and through its attorney of record, Prober and Raphael, a law corporation.

Debtors are the maker of a Note in favor of Creditor, dated June 9, 2005 in the original principal amount of $110,000 ("Note"), which is secured by a Deed of Trust encumbering the real property at 6411 East Lake Drive, San Diego, CA 92119 (the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan".

A. On or about November 28, 2012, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of California, and was assigned Case No. 12-15644-MM13.

///
///

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Creditor's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtors' Chapter 13 Plan;

2. The avoidance and release of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, the Discharge order and either a Stipulated Judgment on an Adversary Complaint or the order approving the instant Stipulation may be recorded by the Debtors with the San Diego County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan should the Subject Property be sold or should a refinance take place prior to the Chapter 13 Plan completion and entry of a Chapter 13 Discharge.

5. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

6. In the event that any entity, including the holder of the first lien on the Subject Property, forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

7. Each party shall bear their own attorneys' fees and costs incurred in the present stipulation in bankruptcy case number 12-15644-MM13

///

///

///

///

```
 1  IT IS SO STIPULATED:

 2
 3  DATED:  4/2/13                          _____
                                            Marco A. Torres
 4                                          Attorney for Debtor
 5
 6
 7
 8
 9
10
11  DATED:  5/27/13                         _____
                                            Melissa Vermillion
12                                          Attorney for Creditor
                                            BANK OF AMERICA, N.A. as a servicing
13                                          agent on behalf of U.S. BANK NATIONAL
                                            ASSOCIATION FOR THE HOLDERS OF
14                                          THETERWIN MORTGAGE TRUST 2005-11,
                                            ASSET-BACKED SECURITIES, SERIES
15                                          2005-11
16
17
18
19
20
21
22
23
24
25
26
27
28
```

12-15644-MM13 Stipulation Re: Avoidance of Lien

- 3 -