Marco A. Torres
550 West C Street
Suite 1600
San Diego, CA 92101

Attorney for Debtor(s)

United States Bankruptcy Court
Southern District of California

In Re:

Ruben Luis Villa, Sr
Angela Sardina-Villa

Debtor(s)

Bankruptcy No: 12-15644-MM13

Hearing Date:

Hearing Time:

Hearing Dept:

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: 12/2/2013 .

The Chapter 13 Plan dated 11/1/2013 , shall be modified as follows:

- ☐ Plan payment Debtor pays to the Trustee is increased to $ _____ .

- ☒ General unsecured creditors will receive the greater of _____% or a pro rata share of $ 39,628.00 .

- ☐ The interest for _____ in Paragraph _____ shall be _____ %APR.

- ☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

- ☐ _____

- ☐ _____

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X _____     Dated: 12/2/2013
Debtor(s) or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client.)

X _____     Dated: 12/2/13
Chapter 13 Trustee/Trustee's Attorney.

Page 1 of 1